IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONIQUE PENA, Individually and as
Personal Representative of the Wrongful
Death Estate of Matthew Pena, Deceased,

    Plaintiff,

v.                                                       No. CIV 22-00516 MIS/KK

BOARD OF COUNTY COMMISSIONERS
OF CIBOLA COUNTY, CORECIVIC,
BRIAN KOEHN, in his individual capacity as
the Chief Officer/Warden, JOHN/JANE DOE
1-18, Individually and in his/her official
capacity as employees of Cibola County
Correctional Center and/or CoreCivic,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND CASE DEADLINES AND RESCHEDULE SETTLEMENT CONFERENCE

This matter having come before the Court on the parties' Joint Motion to Extend Case Deadlines and Reschedule Settlement Conference [Doc. 28] and the Court, having reviewed the Joint Motion and being otherwise fully advised in the premises,

**FINDS AND ORDERS** that the Joint Motion to Vacate and Reset the Rule 16 Settlement Conference be, and hereby is, GRANTED;

**IT IS FURTHER ORDERED** that the case deadlines outlined in the Courts' Order Adopting Joint Status Report and Provisional Discovery Plan and Setting Case Management Deadlines and Status Conference [Doc. 18] are amended as follows:

    a.    The February 6, 2023, deadline for Plaintiff's expert witness disclosure is VACATED and EXTENDED to March 13, 2023;

    b.    The March 6, 2023, deadline for Defendants' expert witness disclosure is VACATED and EXTENDED to April 10, 2023;

    c.    The April 5, 2023, discovery deadline is VACATED and EXTENDED to May 17, 2023;

    d.    The April 25, 2023, deadline to file discovery-related motions is VACATED and EXTENDED to May 22, 2023; and

    e.    The May 5, 2023 deadline to file pre-trial/*Daubert* motions is VACATED and EXTENDED to June 5, 2023.

**IT IS FURTHER ORDERED** that the settlement conference currently scheduled for February 15, 2023, and requisite deadlines, are hereby VACATED (Doc. 21) and will be rescheduled for a date to be determined by the Court, but no sooner than April 3, 2023.

*Kirtan Khalsa*
_____
**HON. KIRTAN KHALSA**
**United States Magistrate Judge**

Submitted by:

DAVIS LAW NEW MEXICO

*/s/ Nicholas T. Davis*
Nicholas T. Davis
1000 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1904
nick@davislawnm.com

WEEMS HAZEN LAW

*/s/ Bridget Hazen*
Bridget Hazen
108 Wellesley Dr SE
Albuquerque, NM 87106-1444
(505) 247-2700
bridget@weemshazenlaw.com

*Attorneys for Plaintiff Monique Pena*

**APPROVED AS TO FORM:**

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*Approved via email on 01/19/23 by Eden G. Cohen*
Daniel P. Struck, AZ Bar No. 012377
Jacob B. Lee, NM Bar No. 154613
Eden G. Cohen, AZ Bar No. 034529
3100 West Ray Road, Suite 300
Chandler, Az 85226
(480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
ecohen@strucklove.com

and

KENNEDY MOULTON & WELLS, P.C.

Deborah Wells
2201 San Pedro Dr NE Bldg 3 Ste 200
Albuquerque, NM 87110-4133
(505) 884-7887
ddwells@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc.
and Board of County Commissioners of
Cibola County*