**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MONIQUE PENA, individually and as
personal representative of the wrongful
death estate of Matthew Pena, Deceased,

       Plaintiff,

v.                                  No. 1:22-cv-00516 MIS/KK

BOARD OF COUNTY COMMISSIONERS
OF CIBOLA COUNTY; CORECIVIC, INC.;
BRIAN KOEHN, in his individual capacity
as the Chief Officer/Warden; and JOHN/JANE
DOE 1-18, individually and in his/her
official capacity as employees of Cibola
County Correctional Center and/or
CoreCivic,

       Defendants.

## PARTIAL ORDER OF DISMISSAL

Before the court is "Amended Stipulation for Dismissal of Defendant Brian Koehn With Prejudice" ("Stipulation") [ECF No. 32], filed January 24, 2023, by Plaintiff Monique Pena and Defendants Board of County Commissioners of Cibola County and CoreCivic, Inc. (collectively "Parties"). Therein, the Parties stipulate to dismissal of the claims against Brian Koehn with prejudice. ECF No. 32 at 1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The Stipulation is signed by the Parties' attorneys. ECF No. 32 at 2. Accordingly:

1. It is **HEREBY ORDERED** that all claims against Brian Koehn are **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that Brian Koehn be terminated as a party in this cause.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE