## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MONIQUE PENA, Individually and as Personal Representative of the Wrongful Death Estate of Matthew Pena, Deceased,**

       **Plaintiff,**

vs.

**BOARD OF COUNTY COMMISSIONERS OF CIBOLA, COUNTY, CORECIVIC, BRIAN KOEHN, in his individual capacity as the Chief Officer/Warden, JOHN/JANE DOE 1-18, individually ad in his/her official capacity as employees of Cibola County Correctional Center and/or CoreCivic,**

       **Defendants.**

**No. 1:22-cv-00516-MIS-KK**

## JOINT MOTION FOR PROTECTIVE ORDER

Defendants CoreCivic, Inc. and the Board of County Commissioners of Cibola County (collectively, "Defendants"), expect to produce documents and other items during the course of this litigation that may contain proprietary operational, financial, pricing, and contractual information; confidential and security-sensitive information regarding the security of current or former CoreCivic-operated facilities; or personal information relating to current or former personnel of CoreCivic and Cibola County. Plaintiff and Defendants contend that in the regular course of discovery, it may be necessary to disclose such information to the lawyers, expert and other witnesses, and/or the Court in

this case.   Plaintiff and Defendants wish to ensure that this information remains confidential.

Accordingly, Plaintiff and Defendants agree that the procedures outlined in the attached proposed Protective Agreement and Order should be adopted for the protection of Confidential Information and jointly request that the Court enter the proposed Protective Agreement and Order, attached hereto as Exhibit 1.


Dated: March  10th , 2023.

/s/ Eden G. Cohen
DANIEL P. STRUCK, AZ Bar No. 012377
JACOB B. LEE, NM Bar No. 154613
EDEN G. COHEN, AZ Bar No. 034529
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
jlee@strucklove.com
ecohen@strucklove.com

DEBORAH D. WELLS
DEBRA J. MOULTON
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel.: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc. and Board of County Commissioners of Cibola County*

2

/s/ Bridget Hazen
Bridget Hazen
Dathan Weems
Dathan Weems Law Firm LLC
108 Wellesley Drive SE
Albuquerque, NM 87106
bridget@weemslaw.com
dathan@weemslaw.com

Nicholas T. Davis
Davis Law New Mexico
1000 Lomas Blvd. NW
Albuquerque, NM 87102
nick@davislawnm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Bridget Hazen
Dathan Weems
Dathan Weems Law Firm LLC
108 Wellesley Drive SE
Albuquerque, NM 87106
bridget@weemslaw.com
dathan@weemslaw.com

Nicholas T. Davis
Davis Law New Mexico
1000 Lomas Blvd. NW
Albuquerque, NM 87102
nick@davislawnm.com

*Attorneys for Plaintiff*

/s/ Eden G. Cohen