**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**MONIQUE PENA, Individually and as
Personal Representative of the Wrongful
Death Estate of Matthew Pena, Deceased,**

    **Plaintiff,**

vs.

**BOARD OF COUNTY
COMMISSIONERS OF CIBOLA,
COUNTY, CORECIVIC, BRIAN
KOEHN, in his individual capacity as the
Chief Officer/Warden, JOHN/JANE DOE
1-18, individually and in his/her official
capacity as employees of Cibola County
Correctional Center and/or CoreCivic,**

    **Defendants.**

No. 1:22-cv-00516 MIS/KK

**ORDER GRANTING JOINT MOTION TO EXTEND
TIME TO FILE MOTIONS TO COMPEL**

This matter comes before the Court on the parties' Joint Motion to Extend Motion to Compel Deadline (Doc. 40), filed on March 20, 2023.

The Court, having reviewed the Motion, noting it was filed jointly, and being otherwise fully advised, finds that the Motion is well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until March 29, 2023, to file a motion to compel as to Defendants' responses to Plaintiff's First Set of Interrogatories and Requests for Production, pursuant to D.N.M.LR-Civ Rule 26.6.

IT IS FURTHER ORDERED that Defendants shall have until March 29, 2023, to file a motion to compel as to Plaintiff's responses to Defendants CoreCivic and Cibola County's First Sets of Interrogatories and Requests for Production of Documents, pursuant to D.N.M.LR-Civ Rule 26.6.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE