# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MONIQUE PENA, Individually and as Personal Representative of the Wrongful Death Estate of Matthew Pena, Deceased,**

    Plaintiff,

vs.

**BOARD OF COUNTY COMMISSIONERS OF CIBOLA, COUNTY, CORECIVIC, BRIAN KOEHN, in his individual capacity as the Chief Officer/Warden, JOHN/JANE DOE 1-18, individually ad in his/her official capacity as employees of Cibola County Correctional Center and/or CoreCivic,**

    Defendants.

Civ. No. 22-516 MIS/KK

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Extend Defendants' Expert Disclosure Deadline (Doc. 44), filed on April 5, 2023.

The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendants' expert disclosure deadline is extended from April 10, 2023, to April 24, 2023.

IT IS FURTHER ORDERED that Defendants shall have until April 24, 2023, to submit their expert disclosures.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE