# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MONIQUE PENA, Individually and as Personal Representative of the Wrongful Death Estate of Matthew Pena, Deceased,**

      **Plaintiff,**

vs.

**BOARD OF COUNTY COMMISSIONERS OF CIBOLA, COUNTY, CORECIVIC, BRIAN KOEHN, in his individual capacity as the Chief Officer/Warden, JOHN/JANE DOE 1-18, individually ad in his/her official capacity as employees of Cibola County Correctional Center and/or CoreCivic,**

      **Defendants.**

**No. 1:22-cv-00516-MIS-KK**

## ORDER REOPENING DISCOVERY FOR A LIMITED PURPOSE AND EXTENDING THE DISPOSITIVE MOTIONS DEADLINE

This matter comes before the Court on the parties' Joint Motion to Reopen Discovery for a Limited Purpose and to Extend the Dispositive Motions Deadline ("Motion").  (Doc. 70.)

The Court, having reviewed the Motion, noting it was filed jointly, and being otherwise fully advised, finds that the motion is well-taken in part and it is hereby GRANTED as follows.

IT IS HEREBY ORDERED that (1) discovery is reopened for the limited purpose of allowing the parties to complete the depositions of B. Maria and R. Begay on or before September 4, 2023; and (2) pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) are due within 30 days after the Court rules on Defendants' Motion to

Dismiss the original Complaint (Dkt. 4) and/or Plaintiff's Amended Motion for Leave to File FAC (Dkt. 65).

The Motion is DENIED in all other respects.

HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE