## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MONIQUE PENA, Individually and as Personal Representative of the Wrongful Death Estate of Matthew Pena, Deceased,**

      **Plaintiff,**

vs.

**BOARD OF COUNTY COMMISSIONERS OF CIBOLA, COUNTY, CORECIVIC, BRIAN KOEHN, in his individual capacity as the Chief Officer/Warden, JOHN/JANE DOE 1-18, individually and in his/her official capacity as employees of Cibola County Correctional Center and/or CoreCivic,**

      **Defendants.**

**No. 1:22-cv-00516-MIS-KK**

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBIT

The Court, having reviewed Defendants' Motion for Leave to File Non-Electronic Exhibit and good cause appearing,

IT IS HEREBY ORDERED Defendants' Motion is granted. Defendants may file Exhibits 1 and 2 to Defendants' Response to Plaintiff's Motion for Sanctions for the Spoliation of Evidence in non-electronic format.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE