**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MONIQUE PENA, Individually and as
Personal Representative of the Wrongful
Death Estate of Matthew Pena, Deceased,

     Plaintiff,

v.                                   Civ. No. 22-516 MIS/KK

BOARD OF COUNTY COMMISSIONERS
OF CIBOLA COUNTY, *et al.*,

     Defendants.

## <u>ORDER</u>

It is hereby ORDERED that the Court will conduct a telephonic hearing on Defendants' Opposed Motion to Extend the Pre-Trial Motion Deadline Pending Ruling on Motion to Dismiss and to discuss other case management matters on **January 16, 2024, at 1:30 p.m. MST.** Counsel are to call Judge Khalsa's AT&T conference line at **(877) 848-7030 and enter the code 7324132** to connect to the proceedings.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

1