**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MONIQUE PENA, Individually and as
Personal Representative of the Wrongful
Death Estate of Matthew Pena, Deceased,

     Plaintiff,

v.                                                                                    Civ. No. 22-516 MIS/KK

BOARD OF COUNTY COMMISSIONERS
OF CIBOLA COUNTY, *et al.*,

     Defendants.

**ORDER**

This matter came before the Court at a hearing on Defendants' Opposed Motion to Extend the Pre-trial Motion Deadline Pending Ruling on the Motion to Dismiss. (Doc. 79.) For the reasons stated at the hearing, the Motion is DENIED. The Court will reset the pretrial motions deadline to at least thirty days after a brief period of additional discovery to allow newly added Defendants to be deposed. The Court will conduct a scheduling conference to set a limited discovery extension and a new dispositive motions deadline on **February 23, 2024, at 1:30 p.m. MST.** Counsel are to call Judge Khalsa's AT&T conference line at **(877) 848-7030 and enter the code 7324132** to connect to the proceedings. No later than **February 21, 2024**, the parties must file either an unopposed motion seeking a limited discovery extension and proposing an agreed upon pre-trial motions deadline or a supplemental joint status report addressing discovery needs and proposing new discovery and pretrial motions deadlines.

     IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

1