**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**MONIQUE PENA, Individually and as**
**Personal Representative of the Wrongful**
**Death Estate of Matthew Pena, Deceased,**

      **Plaintiff,**

**v.**                                                                                      **No. CIV 22-00516 MIS/KK**

**BOARD OF COUNTY COMMISSIONERS**
**OF CIBOLA COUNTY, CORECIVIC,**
**BRIAN KOEHN, in his individual capacity as**
**the Chief Officer/Warden, JOHN/JANE DOE**
**1-18, Individually and in his/her official**
**capacity as employees of Cibola County**
**Correctional Center and/or CoreCivic,**

      **Defendants.**

**ORDER GRANTING UNOPPOSED MOTION**
**TO EXTEND SERVICE OF PROCESS DEADLINE**

This matter having come before the Court on Plaintiff's Unopposed Motion to Extend Service of Process Deadline [Doc. 111] and the Court having reviewed the Motion and being otherwise fully advised in the premises:

**FINDS AND ORDERS** that the Unopposed Motion to Extend Service of Process Deadline be, and hereby is, GRANTED;

**IT IS FURTHER ORDERED** that the service of process deadline is extended thirty (30) days, and all Defendants shall be served with the First Amended Complaint on or before February 29, 2024.

      **IT IS SO ORDERED.**

_____
**HON. KIRTAN KHALSA**
**United States Magistrate Judge**

Submitted by:

DAVIS LAW NEW MEXICO

*/s/ Nicholas T. Davis*
Nicholas T. Davis
1000 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1904
nick@davislawnm.com


WEEMS HAZEN LAW

*/s/ Bridget Hazen*
Bridget Hazen
108 Wellesley Dr SE
Albuquerque, NM 87106-1444
(505) 247-2700
bridget@weemshazenlaw.com

*Attorneys for Plaintiff Monique Pena*


**APPROVED AS TO FORM:**

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*Approved via email on 01/29/24 by M. Shumway*
Daniel P. Struck
Jacob B. Lee
Michael R. Shumway
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
Phone: (480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
mshumway@strucklove.com

and

KENNEDY MOULTON & WELLS, P.C.

Deborah Wells
2201 San Pedro Dr NE Bldg 3 Ste 200
Albuquerque, NM 87110-4133
(505) 884-7887
ddwells@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc.
and Board of County Commissioners of
Cibola County*