**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**MONIQUE PENA, Individually and as
Personal Representative of the Wrongful
Death Estate of Matthew Pena, Deceased,**

     **Plaintiff,**

vs.

**BOARD OF COUNTY
COMMISSIONERS OF CIBOLA,
COUNTY, et al.,**

     **Defendants.**

**Civ. No. 22-516 MIS/KK**

## ORDER EXTENDING CASE MANAGEMENT DEADLINES

THIS MATTER comes before the Court on the parties' Joint Motion to Extend the Discovery and Pre-Trial Motion Deadlines (Doc. 118), filed on February 20, 2024.

The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED that discovery is reopened and extended until May 31, 2024, for the limited purpose of allowing Plaintiff to take the depositions of additionally named defendants. Discovery motions related to reopened discovery shall be due no later than June 7, 2024. Pretrial motions, including motions which may require a *Daubert* hearing shall be filed no later than July 19, 2024.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE