IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONIQUE PEÑA, Individually and
as Personal Representative of the Wrongful
Death Estate of Matthew Peña, Deceased,

Plaintiff,

v.                                                                    No. 1:22-cv-516-MIS/KK

BOARD OF COUNTY COMMISSIONERS FOR THE
COUNTY OF CIBOLA, CORECIVIC, and WARDEN
LUIS ROSA, JR., MIKIELE MONANTO, JORDAN
CASAMERO, BENNIE MARIA, JR., LAVERA JAMES,
ALONZO ROMERO, JENS REUHRUP, RUBIN
SAAVEDRA,

Defendants.

**ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME**

THIS MATTER comes before the Court on Defendant Ruehrup's Unopposed Motion for

Extension of Time [Doc. 133], filed on March 13, 2024. The Court, having reviewed the Motion,

noting it is unopposed, and being otherwise fully advised, FINDS that the Motion is well-taken

and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Ruehrup shall have thirty (30) days from

the date of service of the Second Amended Complaint to provide his responsive pleading thereto.

IT IS SO ORDERED.


_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**RILEY | KELLER | ALDERETE | GONZALES**

By:   */s/ D. Chet Alderete*
**D. CHET ALDERETE**
**CARLI M. MARSHALL**
3880 Osuna Rd., NE
Albuquerque, NM 87109
(505) 883-5030
caldarete@rileynmlaw.com
cmarshall@rileynmlaw.com
*Attorneys for Defendant Jens Ruehrup*


Approved by:

**WEEMS HAZEN LAW**

By : *Electronic Approval Given on 3/12/24*
Bridget Hazen
Dathan Weems
106 Wellesley Drive SE
Albuquerque, NM 87106
505-247-4700
bridget@weemslaw.com
dathan@weemslaw.com

**DAVIS LAW NEW MEXICO**
Nicholas T. Davis
1000 Lomas Blvd NW
Albuquerque, NM 87102
505-242-1904
nick@davislawnm.com
*Attorneys for Plaintiff*


**STRUCK, LOVE, BOJANOWSKI & ACEDO, PLC**

By: *Electronic Approval Given on 3/12/24*
**Michael Shumway**
**Rachel Love**
**Daniel P. Struck**
**Jacob B. Lee**
3100 W. Ray Rd, Suite 300
Chandler, AZ 85226
480-420-1600

mshumway@strucklove.com
RLove@strucklove.com
dstruck@strucklove.com
JLee@strucklove.com

**KENNEDY, MOULTON & WELLS PC**
Deborah D. Wells
Debra J. Moulton
2201 San Pedro NE
Bldg. 3, Suite 200
Albuquerque, NM 87110
505-884-7887
ddwells@kmwpc.com
dmoulton@kmwpc.com
*Attorneys for Defendants Board of County Commissioners of Cibola County and Corecivic, Inc.*