N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONIQUE PENA, Individually and as
Personal Representative of the Wrongful
Death Estate of Matthew Pena, Deceased,

               **Plaintiff,**

vs.

BOARD OF COUNTY
COMMISSIONERS OF CIBOLA,
COUNTY, CORECIVIC, BRIAN
KOEHN, in his individual capacity as the
Chief Officer/Warden, JOHN/JANE
DOE 1-18, individually and in his/her
official capacity as employees of Cibola
County Correctional Center and/or
CoreCivic,

               **Defendants.**

**No. 1:22-cv-00516-MIS-KK**

## ORDER DENYING UNOPPOSED MOTION TO FILE SUPPLEMENT TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS FOR THE SPOLIATION OF EVIDENCE (DKT. 92)

The Court has reviewed Defendants' Unopposed Motion to File Supplemental Response to Defendants' Response to Plaintiff's Motion for Sanctions for the Spoliation of Evidence (Dkt. 92). Other than stating that the Motion is unopposed, Defendants provide no reason for seeking leave to supplement their response.

**IT IS HEREBY ORDERED** that Defendants' Motion is DENIED without prejudice. If Defendants believe good cause exists to grant a motion to supplement their response, they should address the particulars in an amended motion.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE