## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MONIQUE PENA, Individually and as Personal Representative of the Wrongful Death Estate of Matthew Pena, Deceased,**

**Plaintiff,**

vs.

**BOARD OF COUNTY COMMISSIONERS OF CIBOLA, COUNTY, CORECIVIC, BRIAN KOEHN, in his individual capacity as the Chief Officer/Warden, JOHN/JANE DOE 1-18, individually and in his/her official capacity as employees of Cibola County Correctional Center and/or CoreCivic,**

**Defendants.**

**No. 1:22-cv-00516-MIS-KK**

### ORDER GRANTING AMENDED UNOPPOSED MOTION TO FILE SUPPLEMENT TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS FOR THE SPOLIATION OF EVIDENCE (DKT. 92)

The Court, having reviewed Defendants' Amended Unopposed Motion to File Supplemental Response to Defendants' Response to Plaintiff's Motion for Sanctions for the Spoliation of Evidence (Dkt. 92), and good cause appearing,

**IT IS HEREBY ORDERED**: Defendants' Motion is granted. Defendants may file a Supplemental Response to Defendants' Response to Plaintiff's Motion for Sanctions for the Spoliation of Evidence.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE