IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONIQUE PEÑA, Individually and
as Personal Representative of the Wrongful
Death Estate of Matthew Peña, Deceased,

      Plaintiff,

v.                                       No. 1:22-cv-516-MIS/KK

BOARD OF COUNTY COMMISSIONERS FOR THE
COUNTY OF CIBOLA, CORECIVIC, and WARDEN
LUIS ROSA, JR., MIKIELE MONANTO, JORDAN
CASAMERO, BENNIE MARIA, JR., LAVERA JAMES,
ALONZO ROMERO, JENS REUHRUP, RUBIN
SAAVEDRA,
               Defendants.

## **ORDER WITHDRAWING COUNSEL**

THIS MATTER, having come before the Court on Defendant Ruehrup's Unopposed
Motion for the Withdrawal of Counsel ("Motion"), and this Court, having reviewed the Motion
and noting it is unopposed, and being otherwise fully advised, FINDS that the Motion is well-
taken and should be GRANTED.

IT IS THEREFORE ORDERED that law firm of RILEY | KELLER | ALDERETE |
GONZALES (D. Chet Alderete and Carli M. Marshall) is withdrawn as counsel for Defendant
Jens Ruehrup.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**RILEY | KELLER | ALDERETE | GONZALES**

By:___*/s/ D. Chet Alderete*_____
**D. CHET ALDERETE**
**CARLI M. MARSHALL**
3880 Osuna Rd., NE
Albuquerque, NM 87109
(505) 883-5030
calderete@rileynmlaw.com
cmarshall@rileynmlaw.com
*Attorneys for Defendant Jens Ruehrup*


Approved by:

**WEEMS HAZEN LAW**

By */s/ Electronic Approval Given on 3/19/24*
Bridget Hazen
Dathan Weems
106 Wellesley Drive SE
Albuquerque, NM 87106
505-247-4700
bridget@weemslaw.com
dathan@weemslaw.com

**DAVIS LAW NEW MEXICO**
Nicholas T. Davis
1000 Lomas Blvd NW
Albuquerque, NM 87102
505-242-1904
nick@davislawnm.com
*Attorneys for Plaintiff*

**STRUCK, LOVE, BOJANOWSKI & ACEDO, PLC**

**By:** *Electronic Approval Given on 3/19/24*____
Michael Shumway
Rachel Love
Daniel P. Struck
Jacob B. Lee
3100 W. Ray Rd, Suite 300
Chandler, AZ 85226
480-420-1600

mshumway@strucklove.com

RLove@strucklove.com
dstruck@strucklove.com
JLee@strucklove.com

**KENNEDY, MOULTON & WELLS PC**
Deborah D. Wells
Debra J. Moulton
2201 San Pedro NE
Bldg. 3, Suite 200
Albuquerque, NM 87110
505-884-7887
ddwells@kmwpc.com
dmoulton@kmwpc.com
*Attorneys for Defendants Board of County Commissioners of Cibola County and Corecivic, Inc.*

**SAIZ, CHANEZ, SHERRELL + KAEMPER, P.C.**

**By:** */s/ Electronic Approval Given on 3/19/24*
Denise M. Chanez
Patrick A. Coronel
Angelica M. Lopez
5600 Wyoming Blvd. NE, Suite 200
Albuquerque, NM 87109
505-340-3443
dchanez@sclawnm.com
pcoronel@sclawnm.com
alopez@sclawnm.com