IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONIQUE PENA, Individually and as
Personal Representative of the Wrongful
Death Estate of Matthew Pena, Deceased,

   Plaintiff,

vs.             No. 1:22-CV-516-MIS-KK

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF CIBOLA,
CORECIVIC, and WARDEN LUIS ROSA,
JR., MIKIELE MONTANO, JORDAN
CASAMERO, BENNIE MARIA, JR.,
LAVERA JAMES, ALONZO ROMERO,
JENS REUHRUP, RUBIN SAAVEDRA,

   Defendants.

### **ORDER EXTENDING CASE MANAGEMENT DEADLINES**

THIS MATTER comes before the Court on Plaintiff's Stipulated Motion to Extend

Case Management Deadlines (Doc. 156), filed on May 14, 2024.

The Court having reviewed the Motion, noting it is unopposed, and being otherwise

fully advised, finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the discovery deadline be extended until July

1, 2024, to allow the depositions of Defendant Rubin Saavedra and Defendant Lavera James.

Discovery motions related to reopened discovery shall be due no later than July 8, 2024.

Dispositive motions, including *Daubert* motions, shall be due no later than August 19, 2024.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted by:


/s/ Bridget Hazen
Bridget Hazen
106 Wellesley Dr SE
Albuquerque NM 87106
(505) 247-4700

and
Nicholas T. Davis
Nicholas T. Davis
1000 Lomas Blvd NW
Albuquerque NM 87102
(505) 242-1904
*Attorneys for Plaintiff*

*Approved via email 5/14/24*
Denise Chanez
Patrick Coronel
Angelica Lopez
5600 Wyoming Blvd NE Ste 200
Albuquerque NM 87109
(505) 340-3443
*Attorneys for Defendant Jens Reuhrup, RN*

*Approved via email 5/14/24*
DANIEL P. STRUCK, AZ Bar No. 012377
Madison Schimek
Rachel Love
Jacob Lee
3100 West Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600

and

Deborah Wells
Debra Mounlton
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
(505) 884-7887
*Attorneys for Defendants CoreCivic, Inc., Board of County Commissioners of Cibola County, Luis Rosa, Mikiele Montano, Jordan Casamero, Bennie Maria, Jr., Lavera James, Alonzo Romero, and Rubin Saavedra.*