## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MONIQUE PENA, Individually and as Personal Representative of the Wrongful Death Estate of Matthew Pena, Deceased,**

**Plaintiff,**

vs.

**BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF CIBOLA, et al.,**

**Defendants.**

No. 1:22-cv-00516-MIS-KK

## ORDER GRANTING INDIVIDUAL DEFENDANTS' UNOPPOSED MOTION TO EXCUSE PERSONAL ATTENDANCE AT THE SETTLEMENT CONFERENCE ON JUNE 20, 2024

The Court, having reviewed the Individual Defendants' Unopposed Motion to Excuse Personal Attendance at the Settlement Conference on June 20, 2024 (Dkt. 158), and good cause appearing, **IT IS ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that Defendants Warden Luis Rosa, Jr., Rubin Saavedra, Mikiele Montano, Jordan Casamero, Bennie Maria, Jr., Lavera James, and Alonzo Romero are excused from personally attending the settlement conference set for June 20, 2024, at 9:30 a.m. (Dkt. 127.) However, these Defendants must make themselves available by telephone throughout the day should counsel or the Court need to speak with them.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE