IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MONIQUE PEÑA, Individually and
As Personal Representative of the Wrongful
Death Estate of Matthew Peña, Deceased,

     Plaintiff,

v.                                       No. 1:22-cv-00516-MIS-KK

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF CIBOLA, CORECIVIC, and
WARDEN LUIS ROSA, JR., MIKIELE MONANTO,
JORDAN CASAMERO, BENNI MARIA, JR., LAVERA JAMES,
ALONZO ROMERO, JENS REUHRUP, RUBIN
SAAVEDRA,

     Defendants.

## ORDER GRANTING JOINT MOTION TO VACATE SETTLEMENTCONFERENCE

This matter having come before the Court on the parties' Joint Motion to Vacate Settlement Conference scheduled on June 20, 2024 [Doc 160] and the Court having reviewed the Motion and being otherwise fully advised in the premises:

FINDS AND ORDERS that the Joint Motion to Vacate Settlement Conference scheduled on June 20, 2024 be, and hereby is, GRANTED.

IT IS SO ORDERED.

KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

2

Submitted by:

SAIZ, CHANEZ, SHERREL + KAEMPER, P.C.

*/s/ Denise M. Chanez – Electronically signed*
Denise M. Chanez
Patrick A. Coronel
Angelica M. Lopez
5600 Wyoming Blvd., NE, Suite 200
Albuquerque, NM 87109
T: (505) 340-3443
dchanez@sclawnm.com
pcoronel@sclawnm.com
alopez@sclawnm.com

*Attorneys for Defendant Jens Ruehrup, RN*

DAVIS LAW NEW MEXICO

*/s/ Nicholas Davis – Electronically Approved*
Nicholas T. Davis
1000 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1904
nick@davislawnm.com

WEEMS HAZEN LAW
Bridget Hazen
108 Wellesley Dr SE
Albuquerque, NM 87106-1444
(505) 247-2700
bridget@weemshazenlaw.com

*Attorneys for Plaintiff Monique Pena*

**APPROVED AS TO FORM:**

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*/s/ Jacob B. Lee – Electronically Approved*
Daniel P. Struck
Jacob B. Lee
Michael R. Shumway
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Rd., Ste. 300
Chandler, AZ 85226
Phone: (480) 420-1600
dstruck@strucklove.com
jlee@strucklove.com
mshumway@strucklove.com

and

KENNEDY MOULTON & WELLS, P.C.

Deborah Wells
2201 San Pedro Dr NE Bldg 3 Ste 200
Albuquerque, NM 87110-4133
(505) 884-7887
ddwells@kmwpc.com

*Attorneys for Defendants CoreCivic, Inc.*
*and Board of County Commissioners of*
*Cibola County*

2